CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUN 29 2021

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA :
:
v. : Case No. 1:21CR00037
:
ALONZO CANTU-CANTU :
also known as "PRIMO" :
AMBER LYNN TACKETT : Violations: 21 U.S.C. § 841
also known as "GORDITA" : 21 U.S.C. § 846
also known as "LISA" : 18 U.S.C. § 2
also known as "OLD GIRL" :
PEDRO LOZA, III :
also known as "PEDRO LOSA" :
also known as "PEDRO LOSADO" :
also known as "OREJAS" :
also known as "FLACO" :
BENJAMIN BRIAN ALVIS :
also known as "C-NOTE" :
PAUL WARREN RUCKER :
also known as "RANCHO" :

**INDICTMENT**

**COUNT ONE**

The Grand Jury charges that:

1. On or about and between August 28, 2016, and September 15, 2020, in the Western District of Virginia and elsewhere, ALONSO CANTU-CANTU (also known as "PRIMO"), AMBER LYNN TACKETT (also known as "GORDITA," "LISA," and/or "OLD GIRL"), PEDRO LOZA (also known as "PEDRO LOSA," "PEDRO LOSADO," "OREJAS," and/or "FLACO"), BENJAMIN BRIAN ALVIS (also known as "C-NOTE"), and PAUL WARREN RUCKER (also known as "RANCHO"), knowingly conspired with each other and others to knowingly and intentionally distribute and possess with intent to



USAO# 2019R00581

distribute (a) 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and (b) 500 grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

2. All in violation of Title 21, United States Code, Sections 846, 841(b)(1)(A)(viii), and 841(b)(1)(B)(ii).

## COUNTS TWO THROUGH TWELVE

The Grand Jury charges that:

1. On or about the following dates, in the Western District of Virginia and elsewhere, ALONSO CANTU-CANTU (also known as "PRIMO"), AMBER LYNN TACKETT (also known as "GORDITA," "LISA," and/or "OLD GIRL"), PEDRO LOZA (also known as "PEDRO LOSA," "PEDRO LOSADO," "OREJAS," and/or "FLACO"), BENJAMIN BRIAN ALVIS (also known as "C-NOTE"), and PAUL WARREN RUCKER (also known as "RANCHO"), as principals and aiders and abettors, distributed and possessed with the intent to distribute the following Schedule II controlled substances:

| CT # | DATE | DEFENDANT | DRUG |
|---|---|---|---|
| 2 | 1/14/2019 | LOZA | ≥ 5 grams of methamphetamine(actual) |
| 3 | 1/14/2019 | LOZA | ≥ 500 grams or more of cocaine mixture |
| 4 | 4/20/2019 | RUCKER | ≥ 5 grams of methamphetamine(actual) |
| 5 | 4/23/2019 | LOZA & RUCKER | ≥ 5 grams of methamphetamine(actual) |
| 6 | 5/8-10/2019 | TACKETT & ALVIS | ≥ 5 grams of methamphetamine(actual) |
| 7 | 5/13-14/2019 | LOZA & TACKETT | ≥ 5 grams of methamphetamine(actual) |
| 8 | 5/27/2019 | CANTU & TACKETT | ≥ 5 grams of methamphetamine(actual) |
| 9 | 5/27/2019 | CANTU & TACKETT | ≥ 500 grams or more of cocaine mixture |
| 10 | 6/3/2019 | TACKETT | ≥ 5 grams of methamphetamine(actual) |

| | | | |
|---|---|---|---|
| **11** | **6/3/2019** | **TACKETT** | **cocaine** |
| **12** | **6/11/2019** | **TACKETT & RUCKER** | **≥ 5 grams of Methamphetamine(actual)** |

2. All in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii) [Counts 2, 4-8, 10,12], (b)(1)(B)(ii) [Counts 3,9], and (b)(1)(C) [Count 11].

**NOTICE OF FORFEITURE**

1. Upon conviction of one or more of the felony offenses alleged in this Indictment, the defendants shall forfeit to the United States:

a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses, pursuant to 21 U.S.C. § 853(a)(1).

b. any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said offenses, pursuant to 21 U.S.C. § 853(a)(2).

c. any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) and (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States includes but is not limited to the following property:

a. **Money Judgment**

An undetermined sum of U.S. Currency and all interest and proceeds traceable thereto, in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property.

b. **Firearms and Ammunition**

1. Smith & Wesson magazine, containing 5 rounds of .40 caliber ammunition and 1 additional round of .40 caliber ammunition
2. 1 box of black powder pellets
3. 2, 9 mm magazines, each containing 10 rounds of 9 mm ammunition

4. 1, .380 caliber magazine containing 6 rounds of .380 ammunition
5. 1, .40 caliber magazine containing 10 rounds of .40 caliber ammunition
6. 1 round of .40 caliber ammunition
7. 4 Rounds Ammunition, .380 caliber
8. 12 Rounds CBC Ammunition, Caliber .25
9. 50 Rounds Remington Ammunition, Caliber .22

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with a third person;
c. has been placed beyond the jurisdiction of the Court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

A TRUE BILL, this 29TH day of JUNE, 2021.

/s/ Grand Jury Foreperson

for DANIEL P. BUBAR
Acting United States Attorney