2767393535      ABINGDON JAIL RECORDS                       09:34:30 a.m.   10-25-2021      2/2
021-10-22 14:44 CDT 4237645655                                              +14237645655    PAGE 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

UNITED STATES OF AMERICA, )
)
v. ) Case No. 1:21CR37
)
Paul Warren Rucker )
)
Defendant )
)

## WAIVER OF SPEEDY TRIAL

I, Paul Warren Rucker, hereby waive my rights under the Speedy Trial Act and expressly consent to the trial of my case being set outside the 70 day time limit imposed under said Act.

_____
Defendant

_____
Counsel

Date: 10-22-2021